# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE HOFSTETTER, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOLD'S GYM SOUTHERN CALIFORNIA GROUP<br><br>Defendant. | Case No.: CV 17-361-GW(JPRx)<br><br>CLASS ACTION<br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

# **ORDER**

Having read and considered the Joint Stipulation filed by Plaintiff Wayne Hofstetter and Defendant Gold's Gym Southern California Group for an Order dismissing Plaintiff's individual action, and good cause appearing therefore,

The parties' Joint Stipulation for an Order dismissing Plaintiff Wayne Hofstetter's individual claims with prejudice is hereby GRANTED. Each party is to bear its own fees and costs.

**SO ORDERED.**

DATED: August 17, 2017

_____

GEORGE H. WU, U.S. District Judge